UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jennifer Tebedo,                                  Case No. 22-cv-11071

         Plaintiff,                               Paul D. Borman
                                                  United States District Judge

v.

                                                  Jonathan J.C. Grey
Dice Automotive Group LLC, et al.,                United States Magistrate Judge

         Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE GREY'S SEPTEMBER 29, 2022 REPORT AND RECOMMENDATION (ECF No. 22)

On September 29, 2022 Magistrate Judge Jonathan J.C. Grey issued a Report and Recommendation ("R&R") to Grant Plaintiff Jennifer Tebedo's Motion for Default Judgment Against Defendant Non Stop Auto Sales (ECF No. 10). (ECF No. 22.) Having reviewed the R&R, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the R&R in full. Accordingly, Plaintiff's Motion for Default Judgment Against Non Stop is **GRANTED** and such judgment shall be entered in the amount of $13,642.02.

**IT IS SO ORDERED.**

                                                  s/Paul D. Borman

Dated: October 28, 2022                           Paul D. Borman
                                                  United States District Judge